**Appeal Dismissed and Memorandum Opinion filed August 29, 2019.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-18-01076-CV

## IN THE INTEREST OF A.L.P., A.M.P., A.G.P., AND A.R.P., CHILDREN

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-58613**

### MEMORANDUM OPINION

This is an appeal from the November 13, 2018 final order in a suit to modify the parent-child relationship. The brief of appellant, M.P., was due July 18, 2019. No brief or motion to extend time to file the brief was filed.

On July 25, 2019, the court ordered appellant to file a brief by August 19, 2019. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion to extend time to file the brief was filed.

Therefore, the appeal is **DISMISSED**.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant